TER ADAMS et al., Individually and as Testamentary Trustees of Their Children ARMAND ADAMS and Others, Appellants-Respondents. [903 NYS2d 297]—Motion for reargument denied. Present—Centra, J.P., Fahey, Peradotto and Pine, JJ.

■ TRACI BUTLER, Appellant, v STAGECOACH GROUP, PLC, et al., Respondents, et al., Defendants. (Appeal No. 1.) [903 NYS2d 297]—Motion for reargument denied. Leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ TRACI BUTLER, Appellant, v STAGECOACH GROUP, PLC, et al., Defendants, and J&J HAULING, INC., et al., Respondents. (Appeal No. 2.) [903 NYS2d 297]—Motion for reargument denied. Leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ COURTNEY COWAN et al., Appellants, v STAGECOACH GROUP, PLC, et al., Respondents, et al., Defendants. (Appeal No. 3.) [903 NYS2d 297]—Motion for reargument denied. Leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ COURTNEY COWAN et al., Appellants, v STAGECOACH GROUP, PLC, et al., Defendants, and J&J HAULING, INC., et al., Respondents. (Appeal No. 4.) [903 NYS2d 297]—Motion for reargument denied. Leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ MEAGAN GODWIN et al., Appellants, v STAGECOACH GROUP, PLC, et al., Respondents, et al., Defendants. (Appeal No. 5.) [903 NYS2d 297]—Motion for reargument denied. Leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ MEAGAN GODWIN et al., Appellants, v STAGECOACH GROUP, PLC, et al., Defendants, and J&J HAULING, INC., et al., Respondents. (Appeal No. 6.) [903 NYS2d 297]—Motion for reargument denied. Leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ SHEILA ELIZABETH EDWARDS, Individually, as Executrix of RICHARD F. EDWARDS, Deceased, and as Administratrix of the Estate of BRIAN EDWARDS, Deceased, et al., Appellants, v ERIE COACH LINES COMPANY et al., Respondents, et al., Defendants. (Appeal No. 10.) [903 NYS2d 297]—Motion for reargument denied. Leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Martoche, Green and Gorski, JJ.